**SILLS CUMMIS & GROSS P.C.**
Valerie A. Hamilton, Esq.
Rachel E. Brennan, Esq.
600 College Road East
Princeton, NJ  08540
Tel: (609) 227-4600
Fax: (609) 227-4646
vhamilton@sillscummis.com
rbrennan@sillscummis.com
*Counsel for Plaintiff*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>SMMC LIQUIDATION CORP., *et al.*,[1]<br><br>Debtors-in-Possession. | Hon. Vincent F. Papalia<br><br>Case No. 15-24999 (VFP)<br>(Jointly Administered)<br><br>Chapter 11 |
| BERNARD A. KATZ, Liquidation Trustee,<br><br>Plaintiff,<br><br>v.<br><br>TRIMEDX, LLC,<br><br>Defendant. | Adv. No. 1:17-ap-1536 |

**NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT**

Bernard A. Katz, as Liquidation Trustee of the Saint Michael's Medical Center, Inc.

Liquidating Trust, by and through his undersigned counsel, hereby dismisses, with prejudice, the

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal identification number are: SMMC Liquidation Corp. f/k/a Saint Michael's Medical Center, Inc. (6046); Columbus Acquisition Corp. (6342); Saint James Care, Inc. (6230); and University Heights Property Company, Inc. (0162) (collectively, the "Debtors").

above-captioned adversary proceeding as to Defendant, TriMedx, LLC, pursuant to Fed. R. Civ. P. 41(a), made applicable by Fed. R. Bankr. P. 7041.

         SILLS CUMMIS & GROSS P.C.

Dated:  December 13, 2017   By:  */s/ Valerie A. Hamilton, Esq.*
             Valerie A. Hamilton, Esq.

         *Counsel for Plaintiff,*
         *Bernard A. Katz, Liquidation Trustee*